**Order filed, October 23, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV

_____

**KEEBLE LOVALL AND LIZ YOUNG, Appellant**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee**

---

**On Appeal from the County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-061841**

---

### ORDER

The reporter's record in this case was due **November 26, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Vanessa Owens**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. Appellant's brief will be due 30 days after the reporter's record is filed.

PER CURIAM